UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID SELLICK,

       Plaintiff,

v.

HCA HEALTH SERVICES OF FLORIDA, INC. d/b/a HCA FLORIDA GULF COAST HOSPITAL, d/b/a GULF COAST MEDICAL CENTER,

       Defendant.

CASE NO. _____

L.C. Case No. 22000543CA

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Bay Hospital, Inc. d/b/a Gulf Coast Regional Medical Center (incorrectly identified in the Complaint as "HCA Health Services of Florida, Inc. d/b/a HCA Florida Gulf Coast Hospital, d/b/a Gulf Coast Medical Center") ("Defendant"), pursuant to 28 U.S.C. §§ 1441(a) and 1446(b), hereby removes this action from the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division. The grounds for removal are as follows:

1. On June 2, 2022, Plaintiff filed this action against Defendant in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, Case No. 22000543CA.

2. The Summons and Complaint were served on Defendant on August 15, 2022. Pursuant to 28 U.S.C. § 1446(b), this notice is filed timely within thirty (30) days after Defendant received Plaintiff's Summons and Complaint.

3. Plaintiff's Complaint contains claims for sex, age, and disability discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.* ("Title VII"); the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621, *et seq.* ("ADEA"); the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §12101, *et seq.* ("ADA"); 42 U.S.C. §1981a; and the Florida Civil Rights Act of 1992, Fla. Stat. §760.01, *et seq.* ("FCRA"). Accordingly, pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), this Court has original jurisdiction with respect to Plaintiff's Title VII, ADEA, and ADA claims because they are actions to recover damages or to secure equitable relief or any other relief under the Acts of Congress. In addition, this Court has supplemental jurisdiction with respect to the FCRA state law claims pursuant to 28 U.S.C. §§ 1441(c) and 1367(a), as the FCRA claims arise from part of the same case or controversy as Plaintiff's Title VII, ADEA, and ADA claims. Therefore, removal to this Court of Plaintiff's claims is proper.

4. The events alleged by Plaintiff giving rise to Plaintiff's Title VII, ADEA, ADA, and FCRA claims allegedly occurred in Bay County, Florida. Thus,

venue is proper in the Panama City Division of the United States District Court, Northern District of Florida

5. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached a copy of all process, pleadings, and orders served upon Defendant in this action. In addition, pursuant to United States District Court for the Northern District of Florida Local Rule 7.2(A), Defendant has attached a true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state court. See attached *Exhibit 1* (State Court Docket Sheet); *Exhibit 2* (Complaint); and *Exhibit 3* (Remaining State Court Documents).

6. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this Notice of Removal to Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida. See attached *Exhibit 4*.

Dated this 6th day of September, 2022.

    Respectfully submitted,

    **FORDHARRISON LLP**

By: */s/ Viktoryia Johnson*
Patricia G. Griffith
Georgia Bar No. 311928
(Admitted NDFL August 22, 2005)
pgriffith@fordharrison.com
Viktoryia Johnson
Florida Bar No. 125545
vjohnson@fordharrison.com

        For the firm
        401 East Jackson Street, Suite 2500
        Tampa, Florida 33602-5133
        Telephone:  (813) 261-7800
        Facsimile:  (813) 261-7899
        *Attorneys for Defendants Bay Hospital, Inc.*
        *d/b/a Gulf Coast Regional Medical Center*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a true and correct copy via e-mail to the following:

        Marie A. Mattox. Esquire
        MARIE A. MATTOX, P.A.
        203 N. Gadsden Street
        Tallahassee, FL 32301
        Telephone:  850-383-4800
        Facsimile:  850-383-4801
        marie@mattoxlaw.com
        marlene@mattoxlaw.com
        michelle@mattoxlaw.com

        */s/ Viktoryia Johnson*
        Viktoryia Johnson
        *Attorney*

WSACTIVELLP:13340961.1